UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSEPH A. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 3:14-cv-2405 |
| v. | ) Judge Sharp |
| | ) |
| LEBANON HMA, LLC, d/b/a | ) |
| UNIVERSITY MEDICAL CENTER, | ) |
| | ) |
| Defendant. | ) |

# **ORDER**

For the reasons set forth in the accompanying Memorandum, Defendant Lebanon HMA, LLC's Partial Motion to Dismiss (Docket Nos. 11, 12) is hereby GRANTED. Defendant's first Motion to Dismiss (Docket No. 6) is DENIED AS MOOT.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE